IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 06-342-1 |
| | : | |
| KHALIL CARTER | : | CIVIL ACTION |
| | : | 14-3396 |

**ORDER**

AND NOW, this 28th day of January, 2015, it is **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 74) is **DENIED**. A certificate of appealability will not issue.[1]

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on 01-28-2015 to:
Khalil Carter, Deft

O:\ABB 2015\L - Z\USA v. Carter 2255 Order.docx

---

[1] Under AEDPA, a certificate of appealability may not issue unless "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Carter has not shown that reasonable jurists would find this Court's assessment of his constitutional claims debatable or wrong.

1